

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-13-2013

# USA v. Craig Finley

Precedential or Non-Precedential: Precedential

Docket No. 12-2524

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Craig Finley" (2013). *2013 Decisions.* Paper 296.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/296

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2524
_____

UNITED STATES OF AMERICA

v.

CRAIG ALAN FINLEY,

Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 1-11-cr-00004-001)
District Judge:  Honorable Maurice B. Cohill, Jr.
_____

Argued May 14, 2013
Before:  SMITH, FISHER and CHAGARES, *Circuit Judges.*
_____

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the opinion in the above case, filed August 12, 2013, be amended as follows:

Page 21, footnote 2, line 4:  "www.thefreedictonary.com" should be "www.thefreedictionary.com."

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: August 13, 2013
Tnh/cc: All Counsel of Record